IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

MICHAEL ANTHONY BLACK,

    Movant.
_____/

No. CR S-03-0524 WBS EFB

<u>ORDER</u>

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.[1] He has also filed a motion to compel specific performance of a plea agreement, asking that the court "recharacterize his 'Motion for Habeas Relief Under 28 U.S.C. § 2255 . . . ,' as an action to resuscitate and enforce his procedurally tainted plea bargain and agreement," and citing *Santobello v. New York*, 404 U.S. 257, 262 (1971). The court construes these documents together to constitute a motion under 28 U.S.C. § 2255.

////

////

---

[1] Although the motion is not signed, the accompanying proof of service is signed.

1

1	Since movant may be entitled to the requested relief, respondent is directed to file an
2	answer, motion or other response within thirty days of the effective date of this order.  *See* Rule
3	4(b), Rules Governing Section 2255 Proceedings.  Respondent shall include with an answer any
4	and all transcripts or other documents relevant to the determination of the issues presented in the
5	motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's reply, if any, is due on or
6	before thirty days from the date respondent's answer is filed.  *Id.*

7	The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
8	May 7, 2010 motion and September 17, 2010 motion on the United States Attorney or his
9	authorized representative.

10	So ordered.

11	Dated:  January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2