IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                        No. CR S-03-0524 WBS EFB

    vs.

MICHAEL ANTHONY BLACK,

    Movant.                           <u>ORDER</u>

                                 /

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent has filed a motion to dismiss the petition.

Accordingly, it is hereby ORDERED that:

1. Within 45 days of this order, movant shall file an opposition or statement of no opposition to the motion to dismiss;

2. Within 21 days of movant's filing, respondent may file a reply brief; and

3. Thereafter the matter will stand submitted for decision without oral argument.

Dated: February 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE